IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| MICHAEL JAMES NORTHERN and<br>ROBERT CARLOS RODOLPH FRAGNIERE,<br>a/k/a DONALD DACOSTA,<br>a/k/a DONALD MALCOLM | Violations: 18 U.S.C. §§ 922(g)(1),<br>924(a)(8), and 2 |

COUNT ONE

**Possession of Firearms by a Convicted Felon**

The Grand Jury Charges:

On or about July 26, 2025, in the District of North Dakota,

MICHAEL JAMES NORTHERN,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

Possession with Intent to Deliver Fentanyl, a Class B felony, in violation of N.D. Cent. Code § 19-03.1(23)(1)(a), in State of North Dakota, East Central Judicial District, Case Number 09-2023-CR-02580, judgment entered December 4, 2023,

individually and by aiding and abetting, did knowingly possess in and affecting commerce firearms, that is, a Glock, model 43X, 9mm pistol, bearing Serial Number AKAH187; a Glock, model 19, 9mm pistol, bearing Serial Number AFSL547; an Aero Precision, model X15, multi-caliber rifle, bearing Serial Number X083451; and a DC Machine LLC, model PA-15, multi-caliber rifle, bearing Serial Number SCD685357;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

COUNT TWO

**Possession of Firearms by a Convicted Felon**

The Grand Jury Further Charges:

On or about July 26, 2025, in the District of North Dakota,

>     ROBERT CARLOS RODOLPH FRAGNIERE,
>            a/k/a DONALD DACOSTA,
>            a/k/a DONALD MALCOLM,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> Possession of Marijuana, a felony, in violation of Wyo. Stat. § 35-7-1031(c)(iii), in State of Wyoming, Sixth Judicial District, County of Campbell, Criminal Case Number 10127, judgment entered September 13, 2024,

individually and by aiding and abetting, did knowingly possess in and affecting commerce firearms, that is, a Glock, model 43X, 9mm pistol, bearing Serial Number AKAH187; a Glock, model 19, 9mm pistol, bearing Serial Number AFSL547; an Aero Precision, model X15, multi-caliber rifle, bearing Serial Number X083451; and a DC Machine LLC, model PA-15, multi-caliber rifle, bearing Serial Number SCD685357;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

FORFEITURE NOTICE

Upon conviction of the offenses alleged in this Indictment,

MICHAEL JAMES NORTHERN and
ROBERT CARLOS RODOLPH FRAGNIERE,
a/k/a DONALD DACOSTA,
a/k/a DONALD MALCOLM

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, ammunition, and optics involved in the commission of the offenses, including, but not limited to, the following: a Glock, model 43X, 9mm pistol, bearing Serial Number AKAH187; a Glock, model 19, 9mm pistol, bearing Serial Number AFSL547; an Aero Precision, model X15, multi-caliber rifle, bearing Serial Number X083451; and a DC Machine LLC, model PA-15, multi-caliber rifle, bearing Serial Number SCD685357.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

JTR/ak